

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00185-CV

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System,
Appellant

v.

Theresa L. **ESPINOZA**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 385685
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Jason Pulliam, Justice

Delivered and Filed:  May 20, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM